# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MOSSIAH M. PARKER,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 751(a) |
| Defendant. | : | (Escape from Custody) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 7, 2017, within the District of Columbia and elsewhere, **MOSSIAH M. PARKER**, did knowingly escape from the custody at the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the Superior Court for the District of Columbia upon conviction for the commission of Theft Second Degree and Unlawful Entry, in violation of Title 22, District of Columbia Code, Sections 3211 and 3302.

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.